NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


EDWARD J. FRANK,                         )
                                         )
          Appellant,                     )
                                         )
v.                                       )          Case No. 2D17-2210
                                         )
FIFTH THIRD MORTGAGE COMPANY,            )
                                         )
          Appellee.                      )
_____  )

Opinion filed May 16, 2018.

Appeal from the Circuit Court for Collier
County; Lauren L. Brodie, Judge.

Ann T. Frank of Ann T. Frank, P.A., Naples,
for Appellant.

Shaib Y. Rios of Brock & Scott, PLLC, Fort
Lauderdale, for Appellee.


PER CURIAM.


          Affirmed.


KHOUZAM, LUCAS, and ATKINSON, JJ., Concur.